ACCEPTED
11-17-00012-cv
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/23/2017 11:40 AM
SHERRY WILLIAMSON
CLERK

# No. 11-17-00012-CV

## IN THE 11th COURT OF APPEALS, EASTLAND, TEXAS

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
6/23/17 11:40:03 AM
SHERRY WILLIAMSON
Clerk

_____

Zoe Saari, Individually and as Representative of the Estate of Jeffery Saari, and A/N/F to L.S., Josh Saari and Jayme Saari and All Other Potential Wrongful Death Beneficiaries Not Presently Named Herein,

Appellants,

v.

Key Energy Services, Inc., Key Energy Pressure Pumping Services, LLC, Key Energy Services, LLC and Michael Walker and Rebecca Hoidahl,

Appellees.

_____

## KEY ENERGY SERVICES, INC., KEY ENERGY PRESSURE PUMPING SERVICES, LLC, KEY ENERGY SERVICES, LLC, AND MICHAEL WALKER'S SUR REPLY TO APPELLEES' MOTION TO APPOINT GUARDIAN AD LITEM FOR MINOR L. S.

_____

**TO THE HONORABLE COURT OF APPEALS:**

Key Energy Services, Inc., Key Energy Pressure Pumping Services, LLC, Key Energy Services, LLC, ("Key Entities") and Michael Walker, Appellees, file this their Sur Reply to Appellee's Request for the Appointment of a Guardian ad

Litem to represent the interests of L. S., a minor, as required by Texas Rule of Civil Procedure 173.

1. Rule 173 requires the appointment of a guardian ad litem when the next friend "appears" to have an interest adverse to that of a minor. TEX. R. CIV. P. 173.2. The question before the Court then, is simply this: Does Zoe Saari appear to have an interest adverse to her minor daughter, L.S.?

2. A settlement offer has been made. Because Zoe Saari and L.S. would divide any recovery, whether by settlement or judgment, an ad litem will be necessary to accomplish either. In other words, since Zoe Saari and L.S. claim pieces of the same pie, an ad litem must be appointed to ensure that L.S. gets her fair share. Furthermore, settlement may be in the best interest of Zoe Saari or her daughter, but not both—thus, an ad litem should be appointed to ensure that the offer is fairly evaluated with L.S.'s best interest in mind. TEX. R. CIV. P. 173.4(c) ("When an offer has been made to settle the claim of a party represented by a next friend or guardian, a guardian ad litem has the limited duty to determine and advise the court whether the settlement is in the party's best interest.").

3. The conflict here, however, is deeper and more immediate—given the potential that next friend Zoe Saari's claims are barred by limitations, it may not be in L.S.'s best interest to take the same position on appeal as Zoe. A guardian ad litem should be appointed to determine and advise the court as to the existence and potential consequences of this apparent divergence of interests. *See* TEX. R. CIV.

P. 173.4(b) ("A guardian ad litem must determine and advise the court whether a party's next friend of guardian has an interest adverse to the party.").

4. Appellees recognize that whether § 16.064 applies to bar the adult Appellants' claims below is not yet before this court. However, as Appellants recognize, the fact that Appellees can and will claim below that limitations bars the adult Appellants' claims creates a conflict of interest between Zoe Saari and the minor, L.S. And despite Appellants' accusations that Appellees are somehow "creating" a conflict by raising the issue, Appellants have only their counsel to blame for the divergence of their interests. Had counsel simply filed the case below in District Court, rather than blatantly forum-shopping to avoid a 12-member jury panel, limitations would not be an issue.

5. Appellants contend that, taken to its logical conclusion, Appellees' argument might result in counsel's disqualification, but that is not the subject of the pending motion. At this time, Appellees do not move for disqualification; rather, they seek only the appointment of an ad litem to determine whether a conflict exists. If the ad litem finds a conflict, he may very well suggest new counsel for L.S. to protect her interests. But that is the duty of the ad litem—to evaluate the circumstances and advise the Court so that the minor's interests are protected. Because a conflict "appears," this Court should appoint an ad litem to ensure that L.S.'s interests are protected. TEX. R. CIV. P. 173.2.

THEREFORE, Appellees move this Court to appoint an ad litem for the minor, L.S., and for such other and further relief to which they may be entitled.

Respectfully submitted,

/s/ Brandy R. Manning
Brandy R. Manning
State Bar No. 24029703
bmanning@wmafirm.com
Pat Long-Weaver
State Bar No. 12521975
plweaver@wmafirm.com
**LONG-WEAVER, MANNING, ANTUS & ANTUS LLP**
310 W. Wall Street, Ste. 705
Midland, Texas 79701
Phone:  432-242-0470
Fax:    844-287-8884
*ATTORNEYS FOR APPELLEES (Key Entities)*

/s/ Lyle Rathwell
Lyle Rathwell
State Bar Number 16562500
Lyle.Rathwell@steptoe-johnson.com
Jason R. Grill
State Bar Number 24002185
Jason.Grill@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
10001 Woodloch Forest Dr., Suite 300
The Woodlands, Texas 77380
Phone:  (281) 203-5700
Fax:     (281) 203-5701
*ATTORNEYS FOR APPELLEE WALKER*

**CERTIFICATE OF COMPLIANCE**

I certify that this Motion complies with the length and typeface requirements of the Texas Rules of Appellate Procedure, and that it contains 600 words according to Microsoft Word's word count feature.

/s/ Brandy R. Manning
Brandy R. Manning

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served on the following via electronic filing on the 23rd day of June, 2017:

Kevin B. Miller
kevin@mblaw.org
**LAW OFFICES OF MILLER & BICKLEIN**
455 E. University, Ste. D-5
Odessa, TX 79762
*Attorney for Plaintiffs and Intervenor,*
*Mariah Saari*

J. Stephen Dix
Carmenh@dixforman.com
**DIX & FORMAN, PC**
2606 E. 10th St.
Tucson, AZ 85716
*Attorney for Intervenors*

Glen G. Halsell
Glen.halsell@gmail.com
620 North Grant, Suite 1100
Odessa, TX 79761
*Attorney for Defendant Rebecca Johnson*
*F/N/A Rebecca Hoidahl*

R. Layne Rouse

lrouse@shaferfirm.com
**SHAFER, DAVIS, O'LEARY & STOKER**
P.O. Box Drawer 1552
Odessa, Texas 79760
***Attorney for Defendants***
***Leonard and Alta Saari***

/s/ Brandy R. Manning
Brandy R. Manning